UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB NOEL ENCALADE,

           Plaintiff,

      v.

ANTHONY GIDDEON, et al.,

           Defendants.

Case No. 26-cv-01128-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice. Judgment is entered in Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/8/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California